# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **GMP AND EMPLOYERS PENSION PLAN, et al.,** | : | **CASE NO. 3:06cv0016** |
| | : | **Hon. Thomas M. Rose** |
| **Plaintiffs** | : | |
| vs. | : | |
| | : | **ENTRY OF DEFAULT JUDGMENT** |
| **DENT MANUFACTURING, INC.,** | : | |
| **Defendant** | : | |

_____

Upon motion of the Plaintiffs and upon a finding that the Defendant, Dent Manufacturing, Inc., was duly served with a copy of the Complaint and the Summons and failed to plead or otherwise defend within twenty (20) days of such service, it is hereby

ORDERED, ADJUDGED, AND DECREED, that Plaintiffs be awarded judgment against Defendant in the amount of $6,976.90, plus interest at the rate of six percent (6%) per annum until the judgment is paid in full.

DONE and ORDERED in Dayton, Ohio, this 17th day of April, 2006.

                                                                **s/Thomas M. Rose**

                                                                Judge Thomas M. Rose

Copies to:

Gale S. Finley, Esq., Sebaly Shillito + Dyer, 1900 Kettering Tower,
40 N. Main Street, Dayton, OH  45423

Dent Manufacturing, Inc., 226 West 27th Street, Northampton, PA 18067